**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES ARTHUR OVERBY ) | Case No. 10-20602-drd-13 |
| PATRICIA RAYE OVERBY ) | |
| Debtor(s). ) | |

**RESPONSE TO CHAPTER 13 TRUSTEE'S
MOTION TO DENY CONFIRMATION OF PLAN**

COMES NOW, James Arthur Overby and Patricia Raye Overby, by their attorney, Charles F. Johnson, and in response to the AMENDED Motion to Deny Confirmation dated June 22, 2010, filed by the Chapter 13 Trustee, states to the Court as follows:

1. That Debtor's unemployment income is a benefit received under the social security act and is included on the amended CMI under paragraph 8, which was filed on June 11, 2010.
2. Debtors have filed an Affidavit to Rebut Presumption stating that the unemployment benefits ceased effective June 19, 2010.

WHEREFORE, having fully complied with the Trustee's AMENDED Motion, the Debtors request this Court to deny the Trustee's Motion and confirm the Debtor's Chapter 13 Plan and amendments as filed.

Dated: June 28, 2010

Respectfully Submitted,

/S/ Charles F. Johnson

_____
CHARLES F. JOHNSON, MBE #21948
ATTORNEY AT LAW
P.O. Box 1030
Osage Beach, MO 65065
(573) 348-0503

**CERTIFICATE OF SERVICE**: By signing above, the attorney certifies that on June 28, 2010, the above document was filed electronically in the United States Bankruptcy Court, Western District of Missouri, with the parties in interest to receive notice electronically.